| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND<br>-------------------------------x<br>In re:<br><br>Robert E. Sousa<br><br>Debtor<br>-------------------------------x | *Form E: Joint Status Report*<br>**THREE PAGE DOCUMENT**<br><br>BK No. 13-13245-DF<br><br>Chapter 13 |

## JOINT LOSS MITIGATION STATUS REPORT

Date: **December 22, 2014**

The Debtor(s) requested loss mitigation as to the **first** mortgage on the real property located at **21 Blanding Avenue, Barrington, RI 02806** on **December 20, 2013** with **Wells Fargo Bank, National Association**("Creditor").

The Court entered a loss mitigation order on: **January 8, 2014**

The Creditor filed its contact information on: **January 17, 2014**

The Debtor has not submitted a loan modification application to the Creditor.

~~If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on **9/26/2014**, or if not yet due, will file the certificate with the Court by the due date of **N/A**~~

### *Current Status*

Please complete one:

      ~~The most recent status hearing was held on **September 10, 2014**.~~

X    The parties filed a proposed Consent Order (Form F) on **December 9, 2014** which the Court entered in lieu of holding a status hearing.

Actions Required:

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

| |
|---|
| If the Debtor accepts the loan modification, Debtor must execute the modification agreement by 12/17/2014 and return executed document to Creditor by said date. |

1

Did the Debtor(s) comply with all ordered deadlines? **<u>Yes.</u>**  If No, provide a full explanation of why the deadlines were not met.

Did the Creditor comply with all ordered deadlines? **<u>N/A.</u>**  If No, provide a full explanation of why the deadlines were not met

Outstanding Document Request:

~~The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by~~ **~~December 12, 2014:~~**

*<u>Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To</u>*

Please indicate as applicable:

The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on **December 1, 2014**
~~The parties have agreed to a permanent or temporary loan modification.~~ _____

~~If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:~~

    ~~The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or~~

    ~~_____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.~~

~~If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.~~

*<u>Consent Order</u>*

2

The parties <u>have</u> attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

| Debtor(s) | Creditor |
|---|---|
| By counsel: | By counsel: |
| | |
| /s/ Edward J. Gomes____ | /s/ Tatyana P. Tabachnik_ |
| Edward J. Gomes, Esquire | Tatyana P. Tabachnik, Esquire (RI#8911) |
| Attorney and Counselor at Law | Harmon Law Offices, PC |
| 91 Friendship St Ste 3 | 150 California Street |
| Providence, RI 02903-3837 | Newton, MA 02458 |
| (401) 521-5140 | Tel: 617-558-0500 |
| Fax: (401) 421-0876 | Fax: 617-243-4049 |
| attyejg@yahoo.com | ribk@harmonlaw.com |

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].