UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF RHODE ISLAND

*Form F:* PROPOSED CONSENT ORDER  
**TWO PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  
In re:

                                                :        BK No. 13-13245-DF

Robert E. Sousa

                    Debtor    :        Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION

The Court, having scheduled a status hearing on loss mitigation for **December 23, 2014** at which counsel for the Debtor and Wells Fargo Bank, National Association (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) ~~The Debtor shall provide all documents requested by the Creditor by~~ **date** ~~(the "Response").~~

(2) ~~The Creditor shall complete its preliminary review of the information submitted by the Debtor, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor's counsel with a list of any additional information it requires by~~ **date**

(3) ~~The Debtor shall fully respond to any Additional Information Request and provide all requested documents to Creditor within~~ **7** ~~days after receiving the same from Creditor.~~

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by _____.~~

1

(5) Other Comments:  **The Debtor has completed the trial plan.  Creditor sent the permanent modification documents to Debtor's counsel on December 6, 2014, and the executed documents have been mailed back.  Creditor requests additional time to review the executed modification for quality control purposes.**

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled for **January 15, 2015, if Form D and Motion to Approve are not filed by then.** `Motion to approve must be filed by 1/9/15`

Agreed to this   22nd   day of December, 2014

| Debtor(s) | Creditor |
| --- | --- |
| By counsel: | By counsel: |
| | |
| /s/ Edward J. Gomes | /s/ Tatyana P. Tabachnik |
| Edward J. Gomes, Esquire | Tatyana P. Tabachnik, Esquire (RI#8911) |
| Attorney and Counselor at Law | Harmon Law Offices, PC |
| 91 Friendship St Ste 3 | 150 California Street |
| Providence, RI 02903-3837 | Newton, MA 02458 |
| (401) 521-5170 | Tel: 617-558-0500 |
| Fax: (401) 421-0876 | Fax: 617-243-4049 |
| Email: attyejg@yahoo.com | ribk@harmonlaw.com |

Consent Order Approved on this      day of December, 2014

*Diane Finkle*  12/22/2014

Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:  `January 15, 2015 at 2:00 p.m. Hearing will be canceled if motion to approve is timely filed`

Rev. 12/18/2013

2